# Court of Appeals
# of the State of Georgia

ATLANTA,  March 22, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1254. ERIC JEFFREY RIVERE v. THE STATE.**

Eric Jeffrey Rivere, who has been charged with rape, aggravated sexual battery and multiple counts of child molestation, filed a special demurrer to the indictment, asserting that it failed to set forth a specific date or specific dates when the alleged crimes occurred. The trial court denied the special demurrer, and Rivere filed this direct appeal.

As a general rule, a right of direct appeal lies from a final judgment; that is, where the case is no longer pending below.[1] See OCGA § 5-6-34 (a) (1). And "objections to overruling a special demurrer are reviewable by the appellate courts under the interlocutory appeal procedures of OCGA § 5-6-34 (b), or after conviction." *Ivey v. State*, 210 Ga. App. 782 (437 SE2d 810) (1993). Because Rivere failed to

---

[1] The Supreme Court has created limited exceptions to this rule. See *Hubbard v. State*, 254 Ga. 694 (333 SE2d 827) (1985) (statutory speedy trial claim); *Patterson v. State*, 248 Ga. 875 (287 SE2d 7) (1982) (double jeopardy). Here, Rivere has not asserted a statutory speedy trial claim or a claim of double jeopardy.

comply with this Court's interlocutory procedures, this premature appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __03/22/2017__
    *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
    *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____, *Clerk.*